UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BASIL MARCEAUX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:18-CV-138-TAV-SKL |
| | ) | |
| BELMONT UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Susan K. Lee [Doc. 8]. Judge Lee recommends that the Court dismiss this action under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, and in accordance with 28 U.S.C. § 1915(e), which permits the Court to dismiss frivolous filings by plaintiffs who wish to proceed in forma pauperis. There have been no timely objections, and enough time has passed to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After reviewing the matter, the Court agrees with Judge Lee's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 8]. This action is **DISMISSED** with prejudice,

and plaintiff's pending motion [Docs. 2, 6] are **DENIED** as moot.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

　　　s/ John L. Medearis
CLERK OF COURT